Steven A. Nielsen (Calif. Bar No. 133864)
steve@nielsenpatents.com
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939-1743
Telephone: (415) 272-8210

Jay Johnson (Admitted *pro hac vice*)
jay@kjpllc.com
Kizzia Johnson PLLC
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
Telephone:  (214) 451-0164

Counsel for Plaintiff
Rothschild Broadcast Distribution Systems LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEST LABS, INC.,<br><br>Defendant. | Case No. 3:19-cv-01913-SK<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge – Sallie Kim |

Plaintiff Rothschild Broadcast Distribution Systems LLC hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff Rothschild Broadcast Distribution Systems LLC voluntarily dismisses this action against Defendant Nest Labs, Inc. without prejudice pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

|   |   |
|---|---|
| Dated:  May 1, 2019 | Respectfully submitted,<br><br>*/s/ Steven A. Nielsen*<br>Steven A. Nielsen (Calif. Bar No. 133864)<br>steve@nielsenpatents.com<br>100 Larkspur Landing Circle, Suite 216<br>Larkspur, CA 94939-1743<br>Telephone: (415) 272-8210<br><br>Jay Johnson (Admitted *pro hac vice*)<br>jay@kjpllc.com<br>Kizzia Johnson PLLC<br>1910 Pacific Ave.<br>Suite 13000<br>Dallas, TX 75201<br>Telephone:  (214) 451-0164<br><br>***Attorneys for Plaintiff***<br>***Rothschild Broadcast Distribution Systems LLC*** |

### **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on May 1, 2019, with a copy of this email via the Court's CM/ECF system per Local Rule CV-5-1(h)(1).

*/ s/ Steven A. Nielsen*
Steven A. Nielsen

2